UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Shanice Thompson, | : |
| Plaintiff, | : Civil Action No.: 1:15-cv-00058-PLM |
| v. | : |
| Collection Bureau of America, | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Collection Bureau of America without prejudice and without costs to any party.

| Shanice Thompson | Collection Bureau of America |
|---|---|
| /s/ Sergei Lemberg | /s/ John P. Langenderfer |
| Sergei Lemberg, Esq. | John P. Langenderfer (OH # 0079094) |
| LEMBERG LAW, LLC | Surdyk, Dowd, & Turner, CO, L.P.A. |
| 1100 Summer Street, 3rd Floor | 8163 Old Yankee St., Suite C |
| Stamford, CT 06905 | Dayton, Ohio 45458 |
| Tel: (203) 653-2250 | Tel. (937) 222-2333 |
| slemberg@lemberglaw.com | Fax (937) 222-1970 |
| Attorney for Plaintiff | jlangenderfer@sdtlawyers.com |
| | Attorney for Defendant |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 23, 2015, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Western District of Michigan Electronic Document Filing System (ECF), which sent notice of such filing to the following:

John P. Langenderfer (OH # 0079094)
Surdyk, Dowd, & Turner, CO, L.P.A.
8163 Old Yankee St., Suite C
Dayton, Ohio 45458

                                            By */s/ Sergei Lemberg*
                                                Sergei Lemberg, Esq.